# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00490-CV

**Ken Paxton, in his Official Capacity as Attorney General of Texas, and Jane Nelson, in her Official Capacity as Texas Secretary of State, Appellants**

**v.**

**Harris County, Texas; and Clifford Tatum, Appellees**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-003523, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Ken Paxton, in his Official Capacity as Attorney General of Texas, and Jane Nelson, in her Official Capacity as Texas Secretary of State, have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Appellants' Motion

Filed: March 22, 2024